583 A.2d 349

IN THE MATTER OF THE FEBRUARY 24, 1988 AND
SEPTEMBER 21, 1988 EMERGENCY REDIRECTION
OF SOLID WASTE FLOW.

BERGEN COUNTY UTILITIES AUTHORITY, ET AL. AND
STATE OF NEW JERSEY BOARD OF PUBLIC
UTILITIES, ET AL. v. SAL–CAR TRANSFER SYSTEMS, INC. v.
BERGEN COUNTY BOARD OF CHOSEN FREEHOLDERS.

March 30, 1990.

Cross-petition for certification denied.

583 A.2d 350

THERESA MARLOW v. STEPHEN KLYPKA.

March 30, 1990.

Petition for certification denied.

583 A.2d 350

DANIEL E. SCIPIO v. TOWNSHIP OF FAIRFIELD.

March 30, 1990.

Petition for certification denied.